


1  **PORTER, SCOTT, WEIBERG & DELEHANT**
   A Professional Corporation
2  Nancy J. Sheehan, SBN 109419
   George A. Acero, SBN 226709
3  350 University Avenue, Suite 200
   Sacramento, California 95825
4  (916) 929-1481
   (916) 927-3706 (facsimile)
5
   **Attorneys for Defendants:** REGENTS OF THE UNIVERSITY OF CALIFORNIA,
6  LARRY VANDERHOEF (erroneously sued as LAWRENCE VANDERHOEF), GREG
   WARZECKA, PAM GILL-FISHER, ROBERT FRANKS and LAWRENCE SWANSON
7
            IN THE UNITED STATES DISTRICT COURT
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                     (San Jose Division)

10 | AREZOU MANSOURIAN, LAUREN          | CASE NO.
   | MANCUSO, NANCY NIEN-LI CHIANG,     |
11 | and CHRISTINE WING-SI NG; and all  | [~~PROPOSED~~] ORDER TO SEAL
   | those similarly situated,          | DEFENDANTS' MOTION TO
12 |                                    | COMPEL COMPLIANCE WITH
   |     Plaintiffs,                    | SUBPOENA FOR MEDICAL
13 |                                    | RECORDS
14 | vs.                                |
15 | BOARD OF REGENTS OF THE            |
   | UNIVERSITY OF CALIFORNIA AT        |
16 | DAVIS, et al.,                     |
17 |     Defendants.                    |

18     **GOOD CAUSE HAVING BEEN SHOWN,** the Court hereby grants Defendants'
19 Motion to Compel Compliance With Subpoena for Medical Records to be filed under seal.
20 All responsive and other related documents should also be filed under seal, and all entities
21 subject to the subpoenas should be informed of this order so they may file any documents
22 with the Court under seal.  The Motion and related documents shall remain sealed until
23 otherwise ordered.
24     **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**
25
26
27 Dated: 1/20/06                    _____
                                     United States District Court Judge
28                                          1

**Proposed Order to Seal Exhibit to Defendants' Motion to Compel Compliance With
Subpoena for Medical Records**

00406782.WPD