| | |
|---|---|
| 1 | **PORTER, SCOTT, WEIBERG & DELEHANT** |
| | A Professional Corporation |
| 2 | Nancy J. Sheehan, SBN 109419 |
| | George A. Acero, SBN 226709                *E-FILED 3/7/06* |
| 3 | 350 University Avenue, Suite 200 |
| | Sacramento, California 95825 |
| 4 | (916) 929-1481 |
| | (916) 927-3706 (facsimile) |
| 5 | |
| 6 | **Attorneys for Defendants:** REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF (erroneously sued as LAWRENCE VANDERHOEF), GREG WARZECKA, PAM GILL-FISHER, ROBERT FRANKS and LAWRENCE SWANSON |
| 7 | |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 11 | | |
| 12 | AREZOU MANSOURIAN, LAUREN MANCUSO, NANCY NIEN-LI CHIANG, and CHRISTINE WING-SI NG; and all those similarly situated, | CASE NO.: CV 06-80007 Misc. JW RS |
| 13 | | [~~PROPOSED~~] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA FOR MEDICAL RECORDS |
| 14 | Plaintiffs, | |
| 15 | vs. | |
| 16 | BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA AT DAVIS, et al., | [Fed. R. Civ. P. 45] |
| 17 | | |
| 18 | Defendants. | DATE: March 8, 2006<br>TIME: 9:30 a.m.<br>CTRM: 4, 5th Floor<br>The Honorable Magistrate Judge Richard Seeborg |
| 19 | | |
| 20 | / | |

**GOOD CAUSE HAVING BEEN SHOWN,** the Court hereby grants the parties' stipulated request to continue the hearing on Defendants' Motion to Compel NANCY CHIANG's Medical Records, from March 8, 2006, to April 5, 2006, at 9:30 a.m., in Courtroom 4, 5th Floor, before the Honorable Magistrate Judge Richard Seeborg.

Dated: _March 7_____, 2006        _/s/ Richard Seeborg_
                                                                  Magistrate Judge Richard Seeborg

---

1

[Proposed] Order To Continue Hearing on Defendants'
Motion to Compel Compliance with Subpoena for Medical Records

00417183.WPD

MANSOURIAN, et al. v. BOARD OF REGENTS, et al.
U.S. DISTRICT COURT, NORTHERN DISTRICT, NO. CV 06-80007 Misc. JW RS

## PROOF OF SERVICE

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of eighteen years and not a party to the above-entitled action; my business address is 350 University Avenue, Suite 200, Sacramento, CA 95825.

On March, 2006, I served the following document(s):

**[PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA FOR MEDICAL RECORDS**

__XX__   **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California.

___   BY PERSONAL SERVICE. I caused such document to be delivered by hand to the office of the person(s) listed below.

___   BY OVERNIGHT DELIVERY. I caused such document to be delivered by overnight delivery to the office of the person(s) listed below.

___   BY FACSIMILE. I caused such document to be faxed to the office of the person(s) listed above with a original or copy of said document placed in the United States mail with postage thereon fully prepaid at Sacramento, California.

addressed as follows:

**Kristen Galles**
**EQUITY LEGAL**
**10 Rosecrest Avenue**
**Alexandria, VA 22301**

**Molly Rudd**
**EL CAMINO HOSPITAL**
**2500 Grant Road**
**Mountain View CA 94040**

I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2006, at Sacramento, California

_____
Cindy Cannon